JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD R.G. HILL, | CASE NO. 2:23-cv-01298-JLS-PD |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | |
| THE BOARD OF DIRECTORS, OFFICERS AND AGENTS AND INDIVIDUALS OF THE PEOPLES COLLEGE OF LAW, et al., | |
| Defendants. | |

1       On June 7, 2023, the Court issued an Order dismissing Plaintiff's First Amended
2 Complaint and giving Plaintiff 21 days to file a Second Amended Complaint.  (June 7,
3 2023 Order, Doc. 45.)  Although more than 21 days have passed, Plaintiff has not filed a
4 Second Amended Complaint.  Accordingly, a JUDGMENT OF DISMISSAL is hereby
5 entered.

7 DATED:  July 27, 2023

                                            _____
                                            HON. JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE