# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:**   2:23-cv-01298-JLS-BFM                    **Date:**   August 27, 2024

**Title:**   *Todd R.G. Hill v. Board of Directors of Peoples College of Law, et al.*

================================================================

Present:   The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:   Attorneys Present for Defendant:
N/A                               N/A

**Proceedings:   (In Chambers) Order to Show Cause Re Service of Third Amended Complaint**

Pursuant to the District Judge's February 24, 2023, Initial Standing Order (ECF 5), Plaintiff was to promptly proceed with service of the summons and Complaint and file a proof of service with the Court no later than 90 days of the filing of the Complaint. Plaintiff's proof of service has not been received by the Court for Defendants Prem Sarin, David Tyler Bouffard, Hector Sanchez, Gary Silbiger, Edith Pomoso, Adriana Zuniga Nunez, and David Lawrence.

**No later than September 17, 2024**, **Plaintiff is ordered to show cause** why these Defendants should not be dismissed from the case without prejudice for failure to timely serve and failure follow court orders. Plaintiff's filing of the proof of service of the summons and Third Amended Complaint on these unserved Defendants, **on or before September 17, 2024**, shall be deemed compliance with this Order to Show Cause.

The Court Clerk is directed to issue a summons as to the unserved Defendants named above.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

**Case No.:**   2:23-cv-01298-JLS-BFM  **Date:** August 27, 2024

**Title:**   *Todd R.G. Hill v. Board of Directors of Peoples College of Law, et al.*

As to the Defendants who have already been served, the time for response to the Third Amended Complaint is set by Rule 15(a)(3) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**


cc:   Todd R.G. Hill, pro se

Initials of Preparer:   ch