UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TODD R.G. HILL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOARD OF DIRECTORS, etc., et al., <br><br> Defendants. | No. 2:23-cv-01298-JLS-BFM <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S INTERIM REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the records and files herein, the Magistrate Judge's Interim Report and Recommendation, and Plaintiff's Objections to the Interim Report and Recommendation. The Court has engaged in a de novo review of those portions of the Interim Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Interim Report and Recommendation is accepted.

2. Plaintiff's Motion to strike (ECF 233) the State Bar Defendant's Response to his Opposition (ECF 230) is **denied**. *See Hahn v. Waddington*, 782 F. App'x 607, 609 (9th Cir. 2019) (court has significant discretion to consider late-filed responses).

3. The State Bar Defendants' Request for judicial notice (ECF 173) is **granted**.

4. Defendant Spiro's Request for judicial notice (ECF 192) is **granted in part**, but only as to the date he received notice the Third Amended Complaint was filed and as to the existence of a study plan.

5. Plaintiff's Request for judicial notice (ECF 197, 202) is **granted in part**, but only as to the existence of meet and confer communications between Plaintiff and opposing counsel and the dates they occurred.

6. Plaintiff's Motion to Supplement the record (ECF 199) is **granted in part**, but only to the extent that those records may bear on Plaintiff's ability to amend his complaint.

7. Plaintiff's Motion for granting his previously filed Request for judicial notice and supplemental of the record (ECF 210) is **denied as moot**.

8. Plaintiff's Motion to amend the Third Amended Complaint (ECF 163) is **denied**.

9. The moving Defendants' Motions to dismiss the Third Amended Complaint (ECF Nos. 154, 165, 172, 186) are **granted** as follows:

(a) the Third Amended Complaint is **dismissed** in its entirety;

(b) the First, Third, and Eighth Causes of Action are **dismissed without leave to amend**.

(c) the Fourth Cause of Action against the State Bar Defendants is **dismissed without leave to amend**.

(d) the Fourth Cause of Action against the PCL Defendants (that is, Defendants who moved for dismissal in ECF Nos. 154, 165, and 186) is **dismissed with leave to amend**.

(e) the Fifth Cause of Action is **dismissed without leave to amend**.

(f) the Second, Sixth, and Seventh Causes of Action against the

State Bar Defendants are **dismissed without leave to amend.**

(g) the Second, Sixth, and Seventh Causes of Action against the PCL Defendants (that is, Defendants who moved for dismissal in ECF Nos. 154, 165, and 186) is **dismissed with leave to amend**.

10. The moving Defendants' Motions to dismiss are otherwise **denied without prejudice**.

11. The following Defendants are **dismissed with prejudice**: the State Bar of California, Leah Wilson, Natalie Leonard, Brandon N. Stallings, Melanie M. Shelby, Ruben Duran, Hailyn Chen, Audrey Ching, Melanie M. Shelby, Arnold Sowell, Jr., Mark W. Toney, Paul A. Kramer, Jean Krasilnikoff, Ellin Davtyan, Louisa Ayrapetyan, George S. Cardona, Devan McFarland, and Enrique Zuniga.

12. **Not later than thirty days from the date of this Order**, Plaintiff shall file a Fourth Amended Complaint remedying the deficiencies detailed herein. To be clear, any claim that has been dismissed without leave to amend, or any party that has been dismissed with prejudice, may *not* be reasserted in the Fourth Amended Complaint. Nor may any new claims or parties be added.

13. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: March 27, 2025

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE