UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TODD R.G. HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOARD OF DIRECTORS, OFFICERS, AND AGENTS AND INDIVIDUALS OF PEOPLES COLLEGE OF LAW, et al.,<br><br>    Defendants. | No. 2:23-cv-01298-JLS-BFM<br><br>**ORDER ACCEPTING IN PART MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge, except as noted below.

The Court is also in receipt of three Motions not addressed by the Magistrate Judge's Report and Recommendation. First, Plaintiff moved to strike the State Bar Defendant's Opposition (ECF 262) to Plaintiff's Motion for reconsideration of the Court's Order Accepting the Magistrate Judge's Report

and Recommendation (ECF 253). The Court **denies as moot** Plaintiff's Motion to strike (ECF 303), given that the Court has already denied Plaintiff's Motion for reconsideration. (*See* ECF 312.)

Plaintiff also filed a Motion to file a surreply in response to Defendants' Oppositions to his Motion to amend the Fourth Amended Complaint, attaching the proposed response. (ECF 323.) The Court has reviewed the Motion and the proposed response and **grants** the Motion to the extent it is intended as a Reply to Defendants' Oppositions.

Finally, Plaintiff filed a Notice of Procedural and Jurisdictional Irregularity and Request for Clarification (ECF 355) concerning an apparent discrepancy in the docketing of his August 4, 2025, submission. The document at issue appears to have been docketed (*See* ECF 356), and the Court therefore **denies as moot** Plaintiff's Request.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted, with the modification noted in No. 9 below.

2. Plaintiff's Motion to strike (ECF 303) is **denied as moot**.

3. Plaintiff's Motion to file a surreply in response to Defendants' Oppositions to his Motion to amend the Fourth Amended Complaint (ECF 323) is **granted**.

4. Plaintiff's Request for Clarification (ECF 355) is **denied as moot**.

5. Defendant Spiro's Requests for judicial notice (ECF 263, 273, 278, 296) are **denied**.

6. Plaintiff's Requests for judicial notice (ECF 276, 290, 301, 329) are **denied**.

7. Plaintiff's Motion to amend the Fourth Amended Complaint (ECF 310, 330) is **denied**.

8. Defendants' Motions to dismiss (ECF 263, 270) are **granted in**

1 **part**, to the extent that they seek dismissal for failure to state a claim.

2   9.   The Fourth Amended Complaint is **dismissed with prejudice as to the federal RICO claim and dismissed without prejudice and without leave to amend as to the remaining state law claims**.

  10.   The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: August 20, 2025

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE