**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TODD R.G. HILL, | No. 2:23-cv-01298-JLS-BFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE BOARD OF DIRECTORS, OFFICERS, AND AGENTS AND INDIVIDUALS OF PEOPLES COLLEGE OF LAW, et al. | |
| Defendants. | |

Pursuant to the Order accepting in part the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Fourth Amended Complaint in this matter is **dismissed in its entirety. The federal RICO claim is dismissed with prejudice, and the remaining state law claims are dismissed without prejudice and without leave to amend**.

DATED: August 20, 2025

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE